IN THE MATTER OF:　　　　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　CASE NO. 10-65660-WSD
Patrick M. Clark and Judy May Clark, Debtor(s).　JUDGE WALTER SHAPERO
_____/

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

　　　**NOW COMES**, the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to LBR 3015-3(a) (E.D.M.) and 11 U.S.C. §1307(c)(5) as follows:

　　　1.　The Plan fails to increase its funding upon the termination of the obligation to GEMB in contravention of 11 U.S.C. 1325(b)(1)(B) and 11 U.S.C. 1325(a)(3).

　　　**WHEREFORE**, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's(s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

　　　　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
　　　　　　　　　　　　　　　　　　Tammy L. Terry, Chapter 13 Trustee

October ___, 2010

　　　　　　　　　　　　　　　　　　/s/ Tammy L. Terry
　　　　　　　　　　　　　　　　　　TAMMY L. TERRY (P-46254)
　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee
　　　　　　　　　　　　　　　　　　/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
　　　　　　　　　　　　　　　　　　/s/ MARILYN R. SOMERS-KANTZER (P-52488)
　　　　　　　　　　　　　　　　　　Staff Attorneys
　　　　　　　　　　　　　　　　　　535 Griswold, Suite 2100
　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　(313) 967-9857
　　　　　　　　　　　　　　　　　　mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
CASE NO. 10-65660-WSD
Patrick M. Clark and Judy May Clark, Debtor(s).  JUDGE WALTER SHAPERO
_____/

## CERTIFICATE OF MAILING

I hereby certify that on October 29, 2010, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

/s/ Patrice N. Ford
Patrice N. Ford
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Patrick M. Clark and Judy May Clark
14487 Homer Rd.
Concord, MI 492370000

MARRS & TERRY
6553 JACKSON RD
ANN ARBOR, MI 481030000